IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA BRANCH,** | ) | FILED |
| | ) No. MARCH 17, 2008                YM |
| **Plaintiff,** | ) 08CV1561 |
| vs. | ) |
| | ) JUDGE NORGLE |
| **DOLTON POLICE OFFICER** | ) MAGISTRATE JUDGE COX |
| **DEREK GUESS, (STAR #547)** | ) **JURY DEMAND** |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff, BARBARA BRANCH, by and through his attorneys, KUPETS & DECARO, P.C., complaining of Defendant, DEREK GUESS, (STAR #547) states as follows:

1. The jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. sections 1983 et seq. and 1988; the Judicial Code, 28 U.S.C. sections 1331, and 1343(a); the Constitution of the United States; and supplemental jurisdiction pursuant to 28 U.S.C. section 1367. Plaintiff demands trial by jury on all issues and claims pursuant to Rule 38 of the Federal Rules of Civil Procedure.

2. Plaintiff, Barbara Branch, was at all relevant times herein a citizen of the United States and a resident of Dolton, County of Cook, State of Illinois.

3. Defendant, Derek Guess, Star #547, was at all relevant times herein a duly appointed police officer of the City of Dolton and was acting in his individual capacity, under the color of state law, and within the scope of his employment.

4. This is an appropriate venue in that all of the alleged acts occurred within this District, and the defendant resides and does business within this District.

5.      Defendant, at all relevant times herein, was acting under the color of law.

6.      On or about September 25, 2006, Plaintiff was driving her vehicle in Dolton, Illinois, when the vehicle stopped on the roadway due to a mechanical malfunction.  Defendant GUESS responded to the scene where Plaintiff's vehicle had stalled.

7.      At the scene, Plaintiff was cited for disorderly conduct pursuant to 720 ILCS 5/26-1-A-1, and transported to the Dolton Police Station in the police vehicle of Dolton Officer Griffin.

8.      At the police station the Plaintiff was repeatedly struck and kicked by Defendant Officer Guess in the head, face, back and arms.  At some point during the beating she loss consciousness.

9.      As a result of the beating, the Plaintiff suffered multiple contusions and abrasions to her face, neck and truck.  She also suffered a nasal bone fracture.

10.     In addition to disorderly conduct, the Plaintiff was charged with two counts of battery pursuant to 720 ILCS 5/12-3-A-2.

11.     All charges filed by the State of Illinois against Plaintiff were subsequently stricken with leave to reinstate on December 27, 2006.

12.     By the conduct alleged herein, Defendant Guess without provocation, used excessive, unnecessary and/or unreasonable force against Plaintiff Branch, in violation of her rights under the Fourth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. A. § 1983 et seq. .

13.     Said acts or omissions, as alleged herein were done by Defendant Guess maliciously, wilfully, wantonly, and/or in reckless disregard for, and/or deliberate indifference to, Plaintiff's safety, liberty and constitutional rights.

14. At all relevant times, it was clearly established that a police officers may not use such excessive force when arresting or interrogating the Plaintiff.

15. As a direct and proximate result of the matters herein alleged, Plaintiff Barbara Branch suffered physical and psychological injuries, pain, suffering, humiliation and medical expenses.

WHEREFORE, Plaintiff Barbara Branch demands judgment against Defendant Derek Guess for compensatory damages, and, because he acted maliciously, willfully, wantonly, and/or with reckless disregard for plaintiff's constitutional rights, for punitive damages, plus the costs of this action, attorneys' fees and such other relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS A TRIAL BY A JURY.**

Respectfully Submitted,

**s/ Dennis J. DeCaro**

DeCaro Illinois Bar Number: 6230675
Kupets & DeCaro, P.C.
30 N. LaSalle Street, Suite 4020
Chicago, Illinois 60602
Telephone: 312-372-4444
Fax: 312-726-7347
E-mail: djd0089@aol.com