UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| BARBARA BRANCH,<br><br>                    Plaintiff,<br><br>  v.<br><br>DOLTON POLICE OFFICER,<br>DEREK GUESS, (STAR #547),<br><br>                    Defendant. | No.  08 C 1561<br><br>Judge Norgle<br><br>Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER DEREK GUESS**

| **SIGNATURE**  s/Larry S. Kowalczyk | |
|---|---|
| **FIRM**  Querrey & Harrow, Ltd. | |
| **STREET ADDRESS**  175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP**  Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**  06225367 | **TELEPHONE NUMBER**  312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES  X         NO** | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO  X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X         NO** | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**  **YES X     NO** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                       APPOINTED COUNSEL** | |