UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| BARBARA BRANCH,<br><br>                         Plaintiff,<br><br>    v.<br><br>DOLTON POLICE OFFICER,<br>DEREK GUESS, (STAR #547),<br><br>                         Defendant. | No.   08 C 1561<br><br>Judge Norgle<br><br>Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER DEREK GUESS**

| SIGNATURE | |
|---|---|
| s/Mary E. McClellan | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6283486 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES         NO  X** | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES         NO  X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X        NO** | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES        NO  X** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** | |
| **RETAINED COUNSEL                    APPOINTED COUNSEL** | |