IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA BRANCH, | ) | |
| | ) | No.   08 CV 1561 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE NORGLE |
| | ) | MAGISTRATE JUDGE COX DOLTON |
| POLICE OFFICER | ) | |
| DEREK GUESS, (STAR #547) | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Mr. Dennis DeCaro
Kupets & DeCaro Law Offices, P.C.
30 North LaSalle Street
Suite 4020
Chicago, IL  60602

PLEASE TAKE NOTICE THAT on June 10, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the following:

- Dolton Police Officer Derek Guess' Answer to Plaintiff's Complaint at Law and Affirmative Defenses.

Dolton Police Officer Derek Guess

By:   s/Larry S. Kowalczyk
Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

### PROOF OF SERVICE

I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on June 10, 2008.

[x]   Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.                                           s/Larry S. Kowalczyk