IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BARBARA BRANCH,** ) | |
| ) | No. 08 C 1561 |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | |
| **DOLTON POLICE OFFICER** ) | |
| **DEREK GUESS, (STAR #547)** ) | |
| ) | |
| **Defendant.** ) | |

### Certificate of Service

     I hereby certify that on July 8, 2008, I electronically filed this Certificate of Service with the Clerk of the Court, and forwarded Plaintiff's Interrogatories and Production Requests by regular mail, and electronically, to counsel below.

Lawrence S. Kowalczyk
Querrey & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, Il. 60604
lkowalczyk@querrey.com


Mary Elizabeth McClellan
Querrey & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, Il. 60604
mmcclellan@querrey.com,mcclellanpc@comcast.net, bmcinnes@querrey.com



                                         s/ Dennis J. DeCaro
                                         DeCaro Illinois Bar Number: 6230675
                                         Kupets & DeCaro, P.C.
                                         30 N. LaSalle Street, Suite 4020
                                         Chicago, Illinois 60602
                                         Telephone: 312-372-4444
                                         Fax: 312-726-7347
                                         E-mail:djd0089@aol.com