**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Barbara Branch
                Plaintiff,

v.                                          Case No.: 1:08–cv–01561
                                                  Honorable Charles R. Norgle Sr.

Derek Guess
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:cc Status hearing held on 7/16/2008. Status hearing is continued to 8/28/2008 at 10:00 a.m.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.