IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BARBARA BRANCH,** ) | |
| ) | No.   08 C 1561 |
| **Plaintiff,** ) | |
| vs. ) | |
| ) | |
| **DOLTON POLICE OFFICER** ) | |
| **DEREK GUESS, (STAR #547)** ) | |
| ) | |
| **Defendant.** ) | |

### Certificate of Service

I hereby certify that on August 5, 2008, I electronically filed this Certificate of Service with the Clerk of the Court, and forwarded Plaintiff's Rule 26 (a)(1) Disclosures by regular mail and electronically to counsel below.

Lawrence S. Kowalczyk
Querrey & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, Il. 60604
 lkowalczyk@querrey.com


Mary Elizabeth McClellan
Querrey & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, Il. 60604
 mmcclellan@querrey.com,mcclellanpc@comcast.net, bmcinnes@querrey.com



                                                      s/ Dennis J. DeCaro
                                                     DeCaro Illinois Bar Number: 6230675
                                                     Kupets & DeCaro, P.C.
                                                     30 N. LaSalle Street, Suite 4020
                                                     Chicago, Illinois 60602
                                                     Telephone: 312-372-4444
                                                     Fax: 312-726-7347
                                                     E-mail:djd0089@aol.com