IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA BRANCH, | ) |
| | ) No. 08 C 1561 |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| DOLTON POLICE OFFICER | ) |
| DEREK GUESS, (STAR #547) | ) |
| | ) |
| Defendant. | ) |

**Certificate of Service**

    I hereby certify that on August 21, 2008, I electronically filed this Certificate of Service with the Clerk of the Court, and forwarded Plaintiff's Answers to Defendant's Interrogatories and Plaintiff's Responses to Defendant's Production Requests by regular mail and electronically to counsel below.

Lawrence S. Kowalczyk
Querrey & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, Il. 60604
lkowalczyk@querrey.com


Mary Elizabeth McClellan
Querrey & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, Il. 60604
mmcclellan@querrey.com, mcclellanpc@comcast.net, bmcinnes@querrey.com


                                          s/ Dennis J. DeCaro
                                          DeCaro Illinois Bar Number: 6230675
                                          Kupets & DeCaro, P.C.
                                          30 N. LaSalle Street, Suite 4020
                                          Chicago, Illinois 60602
                                          Telephone: 312-372-4444
                                          Fax: 312-726-7347
                                          E-mail:djd0089@aol.com